United States District Court
Northern District of Illinois
Eastern Division

RECEIVED
1-8-15
JAN 8 2015
MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Cecil Shaw
        Plaintiff

        vs

Thomas Dart, John Murphy
Sup. Brantly, Sup. Greer
Cmd. Cozolino, Cmd. Harris
LT. Delitz, LT Rosorio
LT. Tuggee, Sgt. Williams
Sgt. Nanos, Dr. Yu
Director. Merella, Off. White
Off. Mekenzei, Off. Butler
Off. Ansel, John Doe#1
John Doe#2, John Doe#3
John Doe# 4, Sgt Santos
        Defendants

Case No._____

15CV199
JUDGE KENDALL
MAGISTRATE JUDGE ROWLAND
PC6

FILED
1/21/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

~~Amended~~ Complaint

X    Complaint Under The Civil Rights Act, Title 42 Section 1983

X    Other    Count 1: RLUIPA   42 USC 2000 cc
             Count 2: Civil Rights Act 42 USC 1983
             Count 3: Tort Assout and Battery
             Count 4: Tort Itentional Inflction of Emotional Distress

I. **Plaintiff(s):**

   A.   Name: Cecil Shaw

   B.   List all aliases: N/A

   C.   Prisoner identification number: 201309261/2

   D.   Place of present confinement: Cook County Jail

   E.   Address: 2700 S California Chicago Il, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: Thomas J. Dart

       Title: Sheriff of Cook County

       Place of Employment: Cook County Sherriffs Office

   B.   Defendant: John Murphy

       Title: Acting Executive Director

       Place of Employment: Cook County Sherriffs Office

   C.   Defendant: Defendant Brantly

       Title: Superintendent Div 11

       Place of Employment: Cook County Sherriffs Office

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

D: Superintendent Greer

Title: Superintendent Div#1

Place of employment Cook County Sheriffs Office

---

E Defendant: Commander Cozzolino

Title: Commander Div#1

P. of Employment: Cook County Sheriffs Office

---

F. Defendant Commader Harris

Title Commande Div #1

Place Of Employment: Cook County Sheriffs Office

---

G. Defendant: LT Delitz

Title: Lieutenent Div 11

P. of Employment: Cook County Sheriffs Office

---

H. Defendant: LT Rosorio

Title: Lieutenent Div.11

P. of Employment: Cook County Sheriffs Office

---

I. Defendant: LT Tuggee

Title: Lieutenent Div-11

P. of Employment: Cook County Sheriff Office

---

J. Defendant: Sgt Williams

title: Sgt ~~~~~ Div-11

P. of employment: Cook County Sheriffs Office

---

3

K. Defendant: Director Menella

Title: Medical Director

Place of Empoyment: Cermak Health Services

L. Officer White - Defendant

Title: Correctonal Officer Div11

Place of Employment: Cook County Sheriffs Office

M. Officer Mckenzei - Defendant

Title: Correctional officer Div11

Place of Employment: Cook County Sheriffs Office

N. Officer Butler - Defendant

Title: Correctonal Officer. Div.11

Place of Employment: Cook County Sheriffs office

O. Officer Ansel - - defendant

Title Correctional officer Div 11

Place of Employment: Cook County Sheriffs Office

P. John Doe#1 - defendant

Titel: Correctonal officer Div11

P of employment: Cook County Sheriffs Office

Q. John Doe#2 - defendant

title. Hearing Board Officer

P.of Employment: Cook County Sheriffs Office

R John Doe#3 - defendant

title Doctor

P of employment: Cermak Health Services

S. Defendant John Doe#4

Title Superintendent - Div6

Pof employment. Cook County Sheriffs Office

T. Defendant Sgt. Santos

Title: Sgt Div-11

P of Employment: Cook County Sheriffs Office

U. Defendant Sgt. Nanos

Title: ~~Division~~ Sgt.

Pof Employment: Cook County Sheriffs Office ~~Cermak Health Center~~

4

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _42 USC 1983    06cv5906_

B. Approximate date of filing lawsuit: _Oct 31 2006_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ~~Wayne Germaine Brian Fairchild, Terry Kolberg, Anne Vanzandt~~ _Cecil Shaw_

D. List all defendants: _Wayne Germaine, Brian Fairchild, Annae Vanzandt, Terry Kolberg_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _US District Court Northern District_

F. Name of judge to whom case was assigned: _~~00000~~ Honorable Judge Marovich_

G. Basic claim made: _~~erated~~ over My term required due to neglegence_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Was dismissed for failure to Repuy to Sumary Judgement due to a mailing issue_

I. Approximate date of disposition: _Uk at this time_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Reviewed: 8/2013

## Statement of Claim

## Introduction

This Case arises out of violations of the Religious Land Use and Institutionalized Persons Act, 42 U.S.C 2000 cc, and the Civil Rights Act 42. U.S.C. 1983. in which the Plaintiff is being denied reasonable sanitary bedding, Towles, Clothing and a sanitary Matress. Denied access to religious Services, religious head garments, Prayer rugs, religious diets. Plaintiff was subjected to the tort claims of Intentional Infliction of Emotional Distress (IIED) and Assault and Battery. Shelter in which theres mold, Serious physical deteriation, inadequate ventilation, leaks, Insufficient lighting, defective plumbing infestation by Vermins and bug's. Failure to carry out medical order, and denial of medical Care, and an inappropriate use of force. For Damage and Injunctive Relief

1. Plaintiff Cecil Shaw, a pretrial detainee at Cook Co. Jail is a Muslim of the Islamic Faith.

1

2: Tom Dasty, John Murphy, Superintendent Brantly, Superintendent John Doe #3 Superintendent Greer, Commander Cozzolino, Commander, Harris, LT. Delitz LT. Rosorio, LT Tuggee, SGT Williams, SGT Nanos, Hearing Board officer John Doe #4 Doctor John Doe #2, Doctor Yu, Director Menella, officer Butler, John Doe #1 and officer Ansel. All sued in there official and individual Capacity - Defendants

## Vermin Infestation

3.  Plaintiff Processed into Cook Co. Jail 9-26-13. Plaintiff was being seen in Division 1 dispensary as to a seperate matter some time in Oct. 2013.

4.  Plaintiff told the nurse he needed treatment for rashes and that the rashes itch badly. To no avail no treatment was provided

5.  Plaintiff was also being seen by the the Doctor the same day as to a seperate matter and requested treatment for the rashes and itching. The Doctor told the Plaintiff nothing was wrong and "the itching is in your head."

6.  On Oct. 30, 2013 a week or so later I found over 30 bed bugs on my Clothes, bedding, matress and his person.

7.  On Oct. 31, 2013 officer Perkins sent me to Cermak medical in emergency. The Plaintiff was then treated for injury of the bed bug infestation.

2

8. Plaintiff was ordered to rid out all his Bedding, Commisary Purchased clothing and his matress.

9. Plaintiff attempted to file a grievance as to the infestation and injury sustained. To no avail his grievance was not Processed.

9. Defendant Tom Dart is the sherriff for Cook Co. and is ultimately responsible for the Conditions of Cook Co. Jail – reasonable sanitary bedding, towels, Clothing and sanitary matress.

## Deprivation Of Religious Services
### Division 11

10. About 2 months after being processed into Cook Co. Jail Plaintiff was moved to Division 11. Immediately plaintiff began to send request to attend Muslim Religious Service, and requested to be notified of the times muslim religious Service was held and never recieved a response, and was deprived of attending religious services Specifically, Muslim Service.

11. The officers, When asked by the plaintiff to attend they would state "We'll Call you When were told to call you." or "Muslim Service is not a big thing around here".

12. The muslim Chaplain "Imam" comes to division 11 twice per week as much as the chaplains of other religions.

3

13. But yet plaintiff was not allowed to attend for months on end. Despite Plaintiffs repeated request.

14. On 12-4-13 the officer working tier CD in Division 11 ▓▓▓ had heard Muslim Religious Service (MRS) and asked did any of us want to attend.

12. About 7 muslim detainees tried to attened, but to no avail defendant Sgt. Nanos came onto the tier looking for the officer. Nanos then told the officer "These guys are terrorist, trying to go to learn how to plot terror. You guys arnt going."

13. Plaintiff was offended as to Sgt. Nanos remarks. Plaintiff spotted defendant LT. Tuggee and explained what Sgt. Nanos conduct. Defendant LT. Tuggee stated to Plaintiff and those trying to attend "So what if he called you Terrorist, I'm sure you have been called worse, It's not as if he's lying." "He said you cant go, you cant go." The malicius discrimination did not cease from these 2 officials.

14. Defendant's Superintendent Brantly & LT Delitz were notified through grievances filed but to no avail. No remedy was implemented.

15. On 12-8-2013 this detainee was in the day room on tier CD in Division 11 the Defendant Lt. Rosorio gave a direct order for all detainees to "get off the phones, Cut the T.V off, get out the showers and sit down."

16. The Salvation Army entered onto the deck and announced they were about to Perform a Chistian Festivity and

4

service. Trumpets and music began. Detainees who are muslim requsted to not be involved for religious reasons were denied and forced to participate.

17. Plaintiff was forced to intake a live band music Performance followed by a bible lesson and prayer All detainees on tier were forced to sit, listen and participate as an audiance member to a christian service.

18 Defendants Sgt. Williams and Nanos both on several occasions would purposely rattle the service in ways. When we were able to attend rarely. Both SGT's would call the service late leaving the Muslim Chaplain "Imam" Kalid Bilal waiting for over an hr. Thus shortning the services.

19. Deliberately only allowing a few detainees to attend M.R.S thus leaving seats empty over 90%, unlike other services. Interupting MRS with there walky talkies blareing in the middle of prayer 10 min prior to the end of MRS purposely shortning the service even more. Making it difficult to practice Plaintiff's religion.

20. The adherents of other faiths are treated better than Muslims. They are called down multiple times.

5

a week and have services for an average of 1 and an half — 2 hours. Muslims are treated as security risk / threats. The Super Intendent in charge of Division 11, Superintendent Brantly directs the shift Commanders to only call just a few wings out of 32 total wings here at division 11. Defendant Brantly is deliberately blockading the practice of the Islamic faith.

21. Plaintiff asked Brantly "why does the Christians have their own tier and can get good time through (IBM) Inmate behavior Modification for practicing the Christian Faith? When muslim do not get equal or no other faith's" Brantly stated "Send me a Kite" meaning a request which I did, but did not recieve an answer.

22. The Defendants who are responsible for deprivation of attendance to religious services in division 11 are: 1) Thomas Dart because he oversees daily operations, gets reports and aicensus on attendance of religious services and other special services at the facility. He gets memorandas and emails from the exec. director about the issues at the facility regarding muslim services. He has a personal involvement in the furtherance of these violations. Tom Dart creates and enforces policies on religious services.

6

2:) Executive Director John Murphy knew about plaintiffs issues because its a facility wide problem not just in Division 11 and 1 and additionally because he recieves reports directly related to program/service counts. The "characteristics of the position" includes: "ensures that there is a continuing supervision of the management of all jail activities". This includes religious services. John Murphy oversees the daily operations at the facility. 3:) Superintendent Brantly is the superintendent of Div. 11. Per superintendent job code (ccso: 1351) he, "Plans, directs and supervises all operations at one of Cook Counties Correctional institutions based on the policies and and general philosophies of the executive director." He had personal involvement in the violations because he has a hand in the furtherance of the violation, supervising and directing the division to limit calling MRS, and not providing proper remedies after numerous complaints. Per CCSO General Orders 14.20 Part D, "Records shall be maintained in the ordinary course of business which will indicate which living units were provided with the oppertunity to attend services and how many detainees choose to attend

7

Or declined to attend. If religious services were not held, the records should reflect the reason for lack of service". The reasons are because they consider muslims as a security risk/threat or "Stg" (security threat group). Dart, Murphy, and ▓▓▓▓ Brantly all get reports of these "records" stated in this CCSO general orders. It is clear they are personally involved in the deprivation of M.R.S. Per CCSO G.O. 14.20 (Inmates Rights and Welfare) "All detainees not otherwise subject to disiplinary measures resulting from rule violations shall be given equal access to attend religious services subject to space ▓▓▓ limitation and operational and security concerns". Clearly Muslims being Called on average once every 3 months compared to christains 2-3 times a week is not equal. Christians having there own tier were they can recieve more credit upon sentencing (IBM) and access to all IBM Programs is not equal.

The defendants were mentally aware of their actions as to this rule which applies to all the defendants "This general order is applicable to all employees of the Dept of Corrections" Which includes all of the defendants respectively.

8

<u>Deprivation of Religious Service</u>
<u>and a misuse of force</u>

23. On January 26, 2014 at about 10:00 am MRS was anounced over the loud speaker in Div II. Plaintiff signaled defendant John Doe #1 who was asleep face down on his desk, for him to allow plaintiff and others to attend. To no avail due to his sleeping he appered irritated and attempted to ignore the plaintiff.

24. Plaintiff then pushed the controle button and requested the controle officer to "call me a "White Shirt"... (supervisor, SGt or LT) The controle officer Stated "I'm going to pop the door, ask the officer in the hall to speak to a white shirt 'if the officer is not going to take you guys to the chapel'."

25. The door unlocked, as advised by the controle officer Plaintiff stepped into the hallway of C-Pod, and requested to the officer defendant John Doe #1 for permission to attend MRS. Defendant John Doe #1 stated " I dont feel like taking no one down stairs." Plaintiff then as advised by the controle officer requested to to speak to a white shirt. To no avail defendant John Doe #1 Stated "NO".

26. Defendant White came from west side of C-Pod's hallway and starred at Plaintiff. Plaintiff explained to defendant white that plaintiff and others on tier CD want to attend MRS and we have only been 1× in 3 months.

9

27. Defendant White bluntly stated " Yo Ass dint going no were"
Plaintiff then requested again to Speak to a white shirt. Defendant
White stated "they dont run Shit up here, Your in my house" Plaintiff
Stated "I had words with you yesterday and I saw what you did
to Franklin. Your not about to be putting your hands on me either"
Defendant white then stated "Ive dropped guys bigger than
you" then began appoaching the plaintiff in a Intimidative manner.

28. Plaintiff became in in fear for his life and safety. Defendant
White without warning maliciously and sadisticly pushed the
Plaintiff. Plaintiff attempted to insulate himself from the push
but to no avail. Defendant White then placed the Plaintiff
in a bear hug. Plaintiff put his hands up in the air and told
the defendant White to "stop". Plaintiff after whites refusal
to release the Plaintiff and continued assault and battering, Used
his elbows to pry defendants whites arms from around him while
in fear for his life and safety.

29. Defendant White then became more aggressive and upset and struck
the Plaintiff knocking him off ballance. Plaintiff stumbled into
the corner. Defendant John Doe #1 began to rush plaintiff as
well grabbing the plaintiffs leg. Plaintiff then fell to the ground.
Where he believes he was punched, kneed, kicked, and struck
repeatedly. ~~defendant believes~~ Plaintiff believes defendant
McKenzie Struck Plaintiff in the head by throwing hand cuffs
towards Plaintiff.

10

30 Defendant Butler was on the stairs above and did not interveen to prevent these assaults against the plaintiff.

31 A 10-10 was called by defendant McKenzei. Defendant Cozzolino and about 6-10 other officers rushed through the door onto C-pod.

32. For no reason warranted while plaintiff was on the ground in handcuffs defendant officer Ansel fell on the Plaintiffs back; knees first assaulting the plaintiff.

33. Defendant white then placed his knee on the plaintiffs neck Plaintiff told both officers "I cant breath". Defendant White then took his knee and placed it on the plaintiffs face and told the plaintiff "Shut your face". Placing between his knee and the floor ~~xxxxxxx~~ Plaintiffs face, Then applying an immense pressure to cause pain bruising and swelling.

34 Defendant Cozzolino orderd the officers to "Let him up". Both defendants White and Ansel continued to pounce of the Plaintiffs back and face with their knees. Defendant Cozzolino said agian "let him up." Defendant white got up. Plaintiff again told defendant Ansel "Get off me, I cant breath." Defendant Ansel then punched plaintiff in the back of the head while in handcuffs and refused the order to get off Plaintiff.

35 Defendant Cozzolino again repeated to Ansel "Let him up" Ansel finally got off Plaintiff.

36. This inappropriate and excessive unwarrant force was deliberately to cause harm to the Plaintiff and deny the plaintiff his constitutional right to practice his religion.

37. The plaintiff presented no threat to anyones safety or security of the facility. Defendant cozzolino witnessed the misuse of force and still failed to reprimend the officials responsible.

## Denial of Emergency Medical Care

38 After the above described assault the Plaintiff was taken to a holding cell. And was being denied medical treatment by SGT. Santos the defendant.

39 Officer Mireles took plaintiff to the dispensary and told the nurse "SGT said just eye ball this guy befor he goes to seg"

40 Plaintiff was taken directly back to the bullpin-holding cell. Plaintiff sat close to 30 min while in pain. Plaintiff saw Nurse Santos and hollerd through the door for help. Statting "The officers are denying medical attention" Nurse santos then orderd officers to bring plaintiff to the dispensary.

41. Plaintiff was treated by nurse santos for numerous bruises to his face, head, neck, back, arms, legs and torso. Nurse Santos stated she provided a written order for plaintiff be taken to strogers medical center.

41 Plaintiff was taken by officers to Cermak Hospital, despite the order. Plaintif was examined and x-rayed. Despite Plaintiffs

17

injuries which he still suffers from the care provided was ineffective. Plaintiff was given ~~some~~ painkillers and told to "drop a request if the painkillers did not do the trick."

## Denial of Due Process

42  Plaintiff was taken from Cermak to punitive Segregation. Plaintiff was not served with disiplinary charges. Having no chance to prepare a response. About 9 days later Plaintiff was giving an incomplete disiplinary hearing by defendant John Doe #2 where Plaintiff was asked a series of questions as to what occured, after Plaintiff was read a series of charges which he plead not guilty to. Plaintiff was not given a chance to request witness or vidio footage in his defence.

43  Plaintiffs hearing was cut short. A fight between cellmates took place on Div 6-1Q which was declared an emergency. Plaintiffs hearing was being held on tier at the same time ██████████ and Plaintiff was escorted by an officer back to his cell. Plaintiff was told he would be brought back out to finish his hearing by the officer but never was.

44.  The next day plaintiff recieved his results from the inadequate hearing, and was found guilty on 109 and 304, but was found not guilty on the 500 charge. The defendant John Doe # stated on the results that Plaintiff story was more plausable and credible as to the 500 resisting charge.

45  The Claim read to the Plaintiff in the hearing by defendant John Doe #2 alleged plaintiff was loud, disrespecting staff, and resisted the arrest of the defendant White.

13

46. The report did not state any facts showing the 304 charge of being in possession of an Inmates stolen property. still Plaintiff was found guilty as charged by defendant John Doe 2 based on staff statements alone - no witnesses or evidence despite Plaintiff being ~~assaulted~~ assaulted by 4 different officers. And did nothing the report Claims.

47 Pursuant to the CCDOC jail procedure the Plaintiff filed an administrative appeal with defendant Brantly pointing out that no witnesses were called, the vidio was not reviewed.

48 defendant Brantly denied the plaintiffs appeal. Plaintiff spent 12 days in segregation though he only recieved 11 days.

49. Plaintiff also filed a grievance as to the assault by the defendants Plaintiff gave ~~us~~ his grievance to defendant CRW Worker Hollins who refused to Process his grievance and registerd complaint with the office of professional Review (OPR). CCSO Directives state regarding grievance procedures that administrative officials respond to Grievances within 14 days. To no avail I recieved no reply.

## Denial of Medical Care and insufficent living conditions
### Div 6

50 Plaintiff never recieved adequate medical care while in Cermak Emergency after the assault. While in punitive segregation plaintiff Submitted several request and grievances as to the injuries sustained during the assault. Plaintiffs pain was intence the painkillers prescribed to the plaintiff did not suffice.

51. Almost 2 weeks of submitting medical request Plaintiff was called to sick call - Division 6 medical dispensary. Plaintiff was called into a room by Doctor YU - the defendant. Upon walking into the room defendant Yu stated " you can walk theres nothing wrong with your back"; get out my office " to no avail not even an examination.

52. Plaintiff attempted to file grievances and submitted several request. A sgt in Division 6 sent plaintiff to sick call for his injuries. Plaintiff was seen this time by Defendant John Doe #3. After telling the defendant John Doe #3 his problem he was provided a pack of tylonol and told "your ok". - No examination.

53 Both Doctors defendants YU and John Doe #3 ighnored plaintiffs emergency. Plaintiff days later was sent to Cermak by Sgt Mathis because he could not walk due to the excruciating pain from Plaintiffs injuries Plaintiff was seen by Doctor Williams at 1am. Given a shot and provided better medication.

54. Plaintiffs Primary care doctor in Division 11 told Plaintiff " Your back injuries are for the rest of your life. Im sending you to Physical therapy. If physical therapy here does not get the job done, Im sending you to out side physical therapy"

55. To no avail regardless to the ineffective treatment and the pain plaintiff is currently in No Doctor nor defendant Manella - The medical Director will provide the assurance that the medication and regimen is appropriate and effective for plaintiffs condition.

15

56 After 11 months Plaintiff has not recieved a response from the medical department as to what is wrong with his lower back. Medical just slings Pain Killers at Plaintiff that are ineffective along with stretches.

57. The Plaintiff is in Great Pain and his back does not work properly On iformation and belief if the Plaintiff is not properly provided with outside physical therapy and care as Directed by Div11 Primary Care doctor Pplaintiff risk permanent disability.

58 Upon Plaintiff getting out of segregation some time in Feb. Plaintiff Was placed on tier 1-D in Div-6-Cell#4. The cell was cold as if Plaintiff was out side. Frost on the window, the window leaked water from the out side. Mold on the walls and floor. No venelation in the Cell, toilet did not flush properly. Plaintiff could not read-the lighting was insufficient, paint was pealing of the walls. Despite Plaintiffs Injuries he was forced to have to Jump up and down off the top bunk. The tile was broken upon the floor as well.

59 Plaintiff was forced by the officer to remain in that cell ~~block~~ for 4 entire days in freezing tenperatures, the showers were cold on tier and cock rooches, drainflies and mice infested. After being on the tier for a week the tier was condemed & plaintiff was moved to another tier. John Doe #4 the superintendent and Tom Dart are responsible

## Retaliation and Denial to Refuse to Practice the Christian Faith

60. While in Division 6 after Plaintiff release from seg

Plaintiff was being denied to purchace commisary after the misuse of force occured. Plaintiff was sent back to division 11 and still was not able to purchase Commisary.

61. Plaintiff was told by the officer that "Your on the scared list" Plaintiff attempted to inform Sgt Edwards as to the problem. Sgt. Edwards refered the problem to the defendant Lt. Delitz.

62. The defendant Delitz after being fustrated at the plaintiff because of his repeated grievances retuliated against the Plaintiff by maliciously moving the Plaintiff off of tier CG to tier BD the Christian tier. Everyone on the Christian tier is required to attend church every sunday, Bible Studies and Prayer circles daily. If any refuses any of the above he will be subject to disiplinary action. Plaintiff explained to defendant Delitz that he is a Muslim of the Islamic faith to no avail Plaintiff was still forced to practice the Christian faith to avoid disiplinar action.

63. Plaintiff would go to a corner to make his Salah- Muslim Prayer and would be ridiculed and degraded by the Chaplain as to his Islamic faith in attempt to hummiliate the plaintiff by bad mouthing Islamic Culture Calling "the teachings of the Holy Quran are lies."

17

64. Sgt. Nanos removed the Plaintiff off the Christian tier Stating " I Know your cheating for Cook Co. good time" Plaintiff tried to explain to Sgt. Nanos he was moved down here Maliciously. Defendant Nanos Stated " I'm Placing You on the dirties tier in the building".

65. While on tier DJ Sgt. William instructed officers " tare his cell up, mix his property, or what ever you want. This guys a problem" The plaintiff requested Sgt. Williams to not destroy his property Sgt. Williams Stated " See I'm not your average sgt, I Know all about you being a constant problem to my Co-workers and I Know how to handle a problem child".

66 Upon plaintiff entering his cell he noticed several commisary Items stolen by the officers, his religious book The Quran opened sitting under the toilet. Sgt Williams is responsible giving officers permission to steal and disrespect Plaintiff and his Religion out of retaliation.

## Officer White's 2nd Misuse of Force

67. While walking into the tunnel 3-14-14 I was about to be unhandcuffed by officer- Defendat White. Words were exchanged and the defendant grabbed the Plaintiff by the neck and Stated " Your about to catch another cuse" Defendant

18

then Kneed the Plaintiff in the growing and punched the Plaintiff in the stomach. then stated "Im going to take theses Cuffs of you and I dare you to do something about it," By the time im through with you, you will be someones bitch in statesville" Defendant limped to court, requested medical attention and was told go after court. When I requested after court Plaintiff was told to "wait until your back at your division. Plaintiff recieved medical attention for his injuries 3-15-14. ~~[scribbled out]~~

68. Plaintiff was charged with a criminal case almost 2 months later after 1-25-14 assault by defendant White, the case is also befor the Circut court of CookCo. Despite, Plaintiff being found not guilty at the disiplinary hearing, he was criminally charged violating Due process.

## Deprivation of Ramadan and Halal Diets

69. Plaintiff was denied accomidations as to the Fast for the month of Ramadan: Muslims are required to abstain from and drink from Pre dawn till sun set. In order to ensure this religious requirement is fulfilled Plaintiff had to save his food trays till after sunset which would often spoil. Ramadan was in June 2014.

70 Gaurds. under the direct order and ██ policies of Defendants Brantly, Murphy and Dart repeatedly "Shake Down" (search) Plaintiff Cell to harass and take the food the Plaintiff Saved and would throw it away. This would occur daily, leaving the plaintiff to have nothing to eat being his dinner tray would spoil.

71. Sgt Williams on several occasions during Ramadan would Shake down Plaintiffs cell deliberately to confiscate food he knew plaintiff was saving to break his fast.at sun-set

72 Sgt Nanos also would take the food plaintiff was saving. Both of these Sgt. knew their actions were wrongful, but to prevent the Plaintiff and others from practicing Islam - the plaintiff religion.

73. This occuring from the whole month of Ramadan Not only caused physical ~~injuries~~ injuries but emotional distress and anxiety/depression Plaintiff was tormented and humiliated because of his religious practice.

74 Defendant Thomas Dart, had no Ramadan accomodation policy that Plaintiff knew of. He is ~~aware~~ aware of what Ramadan is and is aware that detainees who Practice Islam can only eat at Prescribed times.

75 He also orderd the throwing away of the plaintiffs food being he created the policy and enforces it through his orders. He is fully aware that all inmates in general are to be served 3 diet meals Per day by law. CCSO G.O. 10.3 E "All inmates are provided three ~~meal~~ meals daily including 2 Hot Meals" F: "Food Shall never be withheld as a form of punishment or offered as a reward." All defendants are required to follow these rules. Yet only 1 hot meal is given in CCDOC and the defendants Constantly withheld food to punish Plaintiff for his religious practice.

76. Plaintiff was denied Ramadan diet trays but also his mandatory 3 meals per day.

77. Plaintiff suffered physical injuries, malnutrition and other medical issues due to defendants actions. Plaintiff blacked out while praying hitting his head on the ground in the cell, In addition to dizziness, nausea and fatigue. Which would not have occured if plaintiff had energy.

78 The Plaintiff filed grievance as to this situation prior to Ramandan but to no avail. No action by the defendants was taken to ensure the practice of Plaintiff religion.

79

## Denial of Religious Prayer Rugs
### and Head Garments

The Plaintiff, per Thomas Darts orders (CCSO. G.O 14.20 1.3) is not allowed prayer rugs or head garments because they are "Contraband" and identify with security threat groups (STG). This policy is unconstitutional and is current, Its Tom Darts policy and his personal responsibility.

80 During Ramadan and through out Plaintiffs stay at ccdoc the Plaintiffs stay at CCDOC the plaintiff was forced to pray on the dirty floors. This is unsanitary and is current with no alternatives

81 Adherants of Muslim faith are more heavily restricted then adherents of others:

A. Christians are allowed to attend service multiple times per week. Though the Muslim Chaplain is here the same amount of time as Christian

26

Chaplains.

B. They are provided more religious materials and religious literature, and more in funding.

C. They are provided leather bibles

D. Their very on tier in Dw-11

E. The Christian Chaplain can donate reading glasses, Passes out large toothpaste ~~food~~ tubes containing aluminum

F. Stocking Caps are sold on Commisary "a head garment"

G. Christians on their tier recieve good time for going to church in addition to prayer and bible studies.

F. Muslims are not allowed cloth prayer rugs, head garments in addition to not being able to attend service for months on end. Clearly the actions of the defendants. LT. Delitz, LT Rosorio, LT Tuggee, Nunos, Superintendent Branlly and the turning of a blind eye on part of John Murphy and Tom Dart. violates' the plaintiff right free ~~exercise~~ exercize of religion. Sheets, Towls Face rags, even stocking caps sold on commisary are provided. A prayer rug and a kufi are no more of a security threat then a towel or a stocking cap sold on Commissary. Its clear the

Cook County Sherriffs unconstitutional policy violating Plaintiff's rights to exersize his religion as set forth in the 1st Amendment to the U.S. Constitution and the Religious Land Use and Institutionalized Persons Act (RLUIPA) CCDOC G.O 14.20 "The above items shall be considered contraband due to their potential use as weapons or identification with any security threat groups as well as Consealment of any Contraband" "Kufies prayer rugs ect"!.. This identifies

the unconstitutional Policy of which Tom Dart is responsible for in his official and individual capacity.

82. Cloth prayer rugs and Kufies (which are allowed in IDOC) can be used as weapons as stated in the unconstitutional policy and how as stated in part 81 the materials provided to the Christians not be used as weapons and contraband is not equal.

83 It is just as hard to hide contraband in a a sheet or towel CCDOC Provides

## Denial of Halal Diets

84 The Plaintiff also are required by his religion to only eat Halal food which is meat from animals that are slaughtered in a humane and religious way. Very similar to Kosher diets The Illinois Dept. Of Corrections offers Jewish and muslim Diets. Cook Co. Jail does not.

85. Plaintiff grieved this problem and the case worker CRW Jewel tried attemted to coerce Plaintiff to accept a vegan/veggie diet. The form Clearly States (question 5) "do you understand that only religious diets offered at the CCDOC are vegitarian or vegan based meal plans?" Plaintiff refused to sign and accept a vegan diet because he is muslim and is allowed to eat meat. Just only halal meats. It is clear that ~~~~ Depriving muslims of halal diets and trying to declare a vegan diet is to suffice for financial reasons is inadequate. Since halal meat is a bit more expensive than the current diets. Their form even try's to coerce the inmates not to to even press the issue "Do You understand that you may only purchase and/or consume foods in compliance with your religious diatery laws from Commisary

23

if you are approved for the religious diet? This includes but not limited to all meat and meat by-products". They are referring to vegan laws. Muslims eat meat, just halal meats, and some meat like ~~tuna~~ tuna on commisary is hala commisary food (which is very limited) would be grossly expensive and a financial burdan that the plaintiff would suffer from. The ~~sheriffs~~ sheriffs Policy states I will be denied / loose my "vegan diet" if I a Muslim, purchase halal food on commisary. Forcing a muslim to either violate his religious laws or eat a veggie is not in any way complying with the plaintiffs' repeated compliance.

86 This run around is obviously a facade. A denial of halal diets in a fancy but still unconstitutional way. They attempt to make it appear to be constitutional on its face, but they Still are obviously denying us religious diets. And this alleged "religious diet form" was't even provided untill appox 15 montbs after plaintiffs repeated request.

## Retaliation for Grievance/Denial of Religious Services Div 1

87. Plaintiff was in Division 11 holding, after being cuffed to enter another bullpin - Holding cell he was threatened and vebally assaulted by defendant white. Defendant white Stated "I dropped you once, I'll drop you again and put another case

29

on you." After recieving the first threat Plaintiff refused to respond while in fear for his life. Other detainess spoke in defence of the plaintiff instructing defendant White to desist with his aggression and remarks - threuts. White then stated to the defendant "I'm going to Catch you off Camra one of these days."

88  Plaintiff went to court, after returning from court plaintiff filed a grievance. Days later plaintiff was told to pack up. While on the way to the holding Cell plaintiff was Confronted by the defendant Lt. Delitz who stated "Shaw You are a pain in my ass but I have a place for you. And guess what? Where you going there is no religious service and its the nastiest part of the jail. Your done filing grievances in my division, good bye".

89  While in the bullpin officers stated you done pissed the wrong people off. "You cant beat them, complaining is not worth the trouble they can put you through".

90  Plaintiff was transferred to division 1 tier 84 a medium tier in a building of majority max offenders in the building Immediately Plaintiff put a request in for Muslim Service. To no avail he never recieved a reply.

91  Plaintiffs tier had no hot water, mold in the showers, leaks in the Cell coming from the roof. Plaintiff was given frayed mattress from a pile where clearly the administration does not ensure they are sprayed in between uses.

92. Temperature problems are current. On 9-14-14 till 10-4-14 Plaintiff was subjected to not having no hot water in his cell or on the tier, no warm showers, only cold.

93 On 10/13/14 Plaintiff was locked on tier B4 without working toilets and no hot water on the tier the entire tier reaked of feces. After this event the hot water was again disfunctioning. These Conditions are inadequate and are current.

94 Plaintiff spoke to defendant Commander Cozzolino as to Muslim Service and he stated "There is no religious service for you guys because its to complicated."

95 Plaintiff asked the defendant Super-intendent Greer about Muslim Service and he stated "I'm not concerned with that."

96 Plaintiff filed several greivances where defendant Harris responded Stating, "Max tiers can not attend Service with Medium tiers due to classification and background."

97 Plaintiff a medium tier detainee filed his grievance over because it was processed as a request. The defendant Commander Harris replied indicating that this detainee went to Church previously.

98 Plaintiff has not been to 1 Muslim Service in 5 months of being in Div 1. The Max tiers attend MSR frequently and the defendants refuse to implement a service which is fair to Plaintiff and and other Muslim detainess who are in custody of Div 1.

99. The defendants who are responsible for deprivation of attendance to Muslim Religious service in Div 1 for the medium tiers are:

1) Thomas Dart because he oversees daily operations, gets reports and aicensus on attendance of religious service and other special services at the facility. He gets memorandas and emails from exec. director about the issues at the facility regarding Muslim Services. He has a personal involvment in the furtherance of these violations. Tom Dart creates and enforces Policies on religious Services.

2) Executive Director John Murphy knows about these Issues because its facility wide problems, not just Divisions 11 and 1 and additionally because he recieves reports directly related to Program service counts. Including Religious services John Murphy oversees those Operations.

3) Superintendent Green is the superintendent of Div 1 per Superintendent Job code (ccso: 1351) he, "Plans, directs and supervises all operations at one of Cook Countries Correctional Institutions based on the policies and general philosophies of the Executive Director" He has personal involvment in the violations because he has a hand in furtherance of the violations. Supervising and directing the division, to not allow medium tiers any Muslim Religious Service and not providing proper remedies after numerous complaints Per CCSO General Orders 14.20 Part D, " Records Shall be maintained in ordinary course of business which will indicate which living units Were provided with oppertunity to attend services and how many

detainees <u>choose</u> to attend. or declined to attend. If religious services were not held, the record should reflect the reason for lack of service"

The reasons are because they consider Muslims a security risk/threat or "stg" (security threat group) It is clear they are personally involved in deprivation of MRS Per CCSO G.O. 1420 (Inmates Rights and Welfare) "All detainees not otherwise subject to disciplinary measures resulting from rule violations shall be given equal access to attend religious services subject to space limitations and operational security concerns" Clearly Muslims not being called once out of 4-5 months is not equal. Defendants can not hide be hind the guise of Max tiers cannot join with medium because inmates do it daily. While going to court, Medical, Barbershop, Law library, Cermak medical ect...

100  The defendants were mentally aware of their actions as to this rule which applies to all defendants "This general order is applicable to all empoyees of the Dept of Corrections" which includes all of the defendants respectively.

101. The plaintiff also suffers mentally ~~mentaly~~ from the above ~~stated~~ and below stated violations.

<u>State Tort Law Claims for Assault and Battery</u>

102. The Plaintiff also wishes to state a seperate claim for assault and battery under Illinois tort law and request this Honorable Court to take supplemental Jurisdiction over.

103. The defendants are responsible for the assault and battery in their official and individual capacities.

A. Defendant White, When plaintiff observed him swing his arm to strike the plaintiff and placed his knee on the plaintffs neck and face while in handcuffs. His intentional harmful and and offensive contact is an inappropriate use of force. As in his experiance as a correctional officer he knew that the Plaintiff would be injured and put in harms way.

B Defendant John Doe #1, When plaintiff observed him grab the plaintiffs leg and struk the plaintiff. Throwing plaintiff to the ground useing unwarranted force. This harmful and offensive contact caused insure. As in his experiance and training he knew Plaintiff would be injured and put in harms way.

C. Defendant Mckenzee, When plaintiff observed him throw handcuffs at the plaintiff. His intetional harmful and offensive contact is an inappropriate use of force. He knew that plaintiff would be injured and put in harms way

D. Defendant Ansel, While Plaintiff was on the ground handcuffed Plaintiff observed defendant Ansel dive knees first into Plaintiff's back, and after defendant Commander Cozzolino ordered Ansel to "Let him up" Mr. Ansel then punched the defendant in the head while in handcuffs these harmful and offensive acts were done intentionally to cause injuries.

E. Defendants Commander Cozzolino and Sgt Santos unnecessarily deprived Plaintiff of immediate medical attention. causing plaintiff to endure pain which could have been ~~xxxxxx~~ prevented. Defendants intended to cause physical harm by doing this.

F. Defendant VU refusal to provide the Plaintiff with Medical treatment, In addition to defendant John Doe#3's refusal to Provide Plaintiff with medical treatment. Despite Plaintiffs Significant injurie and complaints of excrutiating pain. Defendants both knew the plaintiff would be further injured and in harms way. Their acts were intentionally harmful and made plaintiffs pain worse

G. Defendant LT. Delitz, Maliciously moving the plaintiff from division II to Div I to a "scared tier" knowing the building suffers from unsanitary conditions and knowing the conditions of no hot water, vermon infestation, leaks and mold. Defendant Delitz knew substantial likdi hood of injurie was to occur.

H. Defendants Dart, Murphy, Brantly has been placed on notice of the abusive conduct of White by a number of complaints and grievances over many months. Plaintiff was even subjected to a second assault and several run ins with defendant White where he would taunt and intimidate the plaintiff. Over and over placing the plaintiff in fear for his life. Subjecting the plaintiff to being in distress from hummiliation. But still has failed to take disiplinary action agianst White, Ansel, Doe #2 or otherwise to controle there behavior.

<u>Additional State Tort Law Claims for Thomas Dart</u>

<u>Under State Respondeat Superior Doctrine</u>

104. There is further responsibility on defendant Dart for the actions of occasioned deputies by his own personal neglect. It is clear his deputies are in a disfuction as to the Policies of the facility and turned the blind eye to that effect. The plaintiff additionally ask the court to take supplemental Jurisdiction over these state tort law claims.

<u>Additional Claims as to SGt Nanos, SGt Williams and Lt. Tugge Personall Involvement</u>

105. Sgt Nanos was the Sgt assigned to our part of the division during the times the Imam (chaplain) was here, Sgt Williams was assigned as well. Their job was to call muslim service for "C and O Pod" they purposely chose not to, for months on end while knowing the chaplain was here twice a week. Their directly personally responsible for depriving us of our religious services. With there experience, its impossible that they simply neglected to call it for months on end. Both are also Personally responsible for throwing our food away. They orderd officers to throw the food away that Plaintiff saved during Ramadan. Lt. Tuggee approved of these acts knowingly and when confronted by the plaintiff and others he turned the blind eye.

## Violations Under the RLUIPA

106.

The statments made herefore in this statement of claim not only violates 42 usc 1983 but also violates the Religious Land Use and institutionalized persons Act, the plaintiffs free excersize of their religion was substantially burdened. Also the violations had a substantial effect on interstate commerce, which establishes RLUIPA jurisdiction. The denial of religious halal diets to the Plaintiff and other similarly situated individuals had and still has a substantial effect on the market for halal food. Moreover, the jails were using out of state transfers of prisoners and had contractual business relationships with out of state/ fond/ commissary vendors such as Keefe located in Missouri, as well as out of state food manufacturers and suppliers.

Additionally cook county jail recieves federal funds for their programs and to supply us with these diets and needs.

They have not given reasons as to the gross burdens on plaintiff religious exersize. Jail officials policies are not under the statutes. Providing Halal and Ramadan trays to a minority religious group will not be financially burdensome for the jail.

They also recieve a substantial amount of funding to provide these diets.

107.

## Tort, Intentional Infliction of Emotional Distress

Defendant officer White, Ansel, LT. Delitz, Sgt Nanos, Sgt Williams. and LT. Tuggee all stated clearly to plaintiff they intend to cause the plaintiff some hardship in retaliation. The above defendants knew there actions would burden the Plaintiff Emotionally. Plaintiff's mental state has not been stable sence the above stated violations

3

## Relief Requested

Wherefore, Plaintiff request that the courts grant the following:

A. Issue an injuction ordering defendant Menella or his/her agents to

1. Immediately arrange for the plaintiffs ~~[redacted]~~ to undergo outside examination by a qualified physician.

2. Immediately arrange for the plaintiff's need for physical therapy or other follow-up medical treatment to be evaluated by a medical practitioner with expertise in the treatment and restoration of function of the lower back.

3. Carry out without delay the treatment directed by such medical Practitioner

B 1. The physical abuse of the Plaintiff by defendants White, Doe #1, Ansel violated the plaintiff's rights under the 14th Amendment to the USC. and constituted and assault and Battery under state law.

2. Defendants Butler's actions in failure to take action to curb the physical abuse of ~~[redacted]~~ plaintiff violated the plaintiff: Constitutes Assault & Battery

3. Defendant Murphy & Dart, and Brantly has been placed on notice of the above abusive conduct there failure to take action to curb the physical abuse of detainees also constitutes assault and battery.

35

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) Compensator Damages in the amount of 5 million Dollar awarded to the Plaintiff

2) Punitive Damages in the amount of 15million Dollars awarded to the plaintiff

3) Damages for Intentional Infliction of emotional Distress in the Amount of 5million Dollars for Plaintiff

4) Damages for Assault & Battery Awarded to Cecil Shaw in the Amount of 3 million Dollars

5 monetary / Compensatory Damages for the amount of 5million Dollars for violation of RLUZPA

6) Grant such other relief as it may appear the plaintiff is entitled

**VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO**

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___1___ day of ___1___, 20 _15_

_Cecil Shaw_
(Signature of plaintiff or plaintiffs)

_Cecil Shaw_
(Print name)

_20130926112_
(I.D. Number)

_2700 S California_
_Chicago IL 60608_
(Address)

6

Reviewed: 8/2013

United States District Court
For The Northern District of Illinois

Cecil Shaw
        Plaintiff

        V

Thomas Dart, et al
        Defendants

Case # _____

Certificate of Service

I here by certify that on 1-4-14, I mailed
by United States Postal Service the following Documents
with the Clerk of the US District Court.

Original + 3 Copies of
Complaint
Motion for Appointment of Counsel
Motion to proceed as a poor person
                to

US District Court Clerk office of Inmate Issues
219 S. Dearbonn
Chicago Il, 60604

Respect fully Submitted
Cecil Shaw # 2013092612
2700 S California
Chicago Il 60608